# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-2843

_____

United States of America

*Plaintiff - Appellee*

v.

Jeffrey Alan Bradley

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: March 6, 2026
Filed: March 11, 2026
[Unpublished]

_____

Before SHEPHERD, KELLY, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Jeffrey Bradley appeals after the district court[1] ordered the Bureau of Prisons (BOP) to turn over funds in his inmate trust account for payment toward his

---

[1]The Honorable C.J. Williams, Chief Judge, United States District Court for the Northern District of Iowa.

outstanding restitution obligation. His counsel has moved to withdraw and has filed a brief challenging the amount of funds turned over.

Upon careful review, we conclude that the district court did not abuse its discretion in ordering the BOP to turn over the amount of funds Bradley suggested in his own motion for reconsideration. See United States v. Robinson, 44 F.4th 758, 760 (8th Cir. 2022) (district court's decision to apply funds from inmate trust account to restitution obligation is reviewed for abuse of discretion); United States v. Corn, 47 F.4th 892, 895 (8th Cir. 2022) (defendant cannot complain on appeal that the court proceeded in a way that his lawyer requested).

Accordingly, we grant counsel's motion to withdraw, and affirm.

_____